**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

YARIDIA JAMARILLO-ROCHA,           :
                                   :
      Plaintiff,                  :
                                   :
v.                                 :     CASE NO:  7:22-CV-75 (WLS)
                                   :
FRANCISCO MADRIGAL, et al.,        :
                                   :
      Defendants.                 :
_____    :

## ORDER

Before the Court is the Joint Motion to Stay Discovery Pending Disposition of Dispositive Motions ("Joint Motion") (Doc. 28).  The Joint Motion is filed on behalf of Plaintiff Yuridia Jamarillo-Rocha, and Defendants Hospital of Irwin County ("Hospital") and Mahendra Amin ("Amin").  The Plaintiff, Hospital, and Amin are referred to collectively as the "Parties."  The Parties request the Court stay discovery pending decision on the dispositive motions filed by the Hospital and Amin (Docs. 20 and 22, respectively).  As the Parties consent hereto, and for good cause shown, the Joint Motion (Doc. 28) is **GRANTED**.

It is hereby **ORDERED** that this action is **STAYED** as to discovery between the Parties pending the Court's ruling on the dispositive motions (Docs. 20 and 22).  The Court's Initial Discovery Order (Doc. 26) shall remain in effect as to all other defendants in this action and as to discovery between the Plaintiff and all other defendants.

**SO ORDERED**, this 11th day of October 2022.

                             **/s/ W. Louis Sands**
                             **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1