IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YURIDIA JAMARILLO-ROCHA                                              PLAINTIFF

VS                                                                   NO. 7:22-cv-00075-WLS

FRANCISCO MADRIGAL, in his official capacity as Acting
Director of the Atlanta Field Office of U.S. Immigration and
Customs Enforcement; THOMAS P. GILES, in his individual
capacity; TAE JOHNSON, in his official capacity as Director of U.S.
Immigration and Customs Enforcement; ALEJANDRO
MAYORKAS, in his official capacity as Secretary of Homeland
Security; MERRICK GARLAND, in his official capacity as Attorney
General of the United States; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; PATRICK MUSANTE, in his
individual capacity and official capacity as Chief of Staff of the
Atlanta Field Office of U.S. Immigration and Customs Enforcement;
CESAR CIPRIAN, in his individual capacity and official capacity as
Supervisory Detention and Deportation Officer at the ICE Atlanta
Field Office; ANA RIVERA, in her individual capacity and official
capacity as the Medical Director of medical director of the ICE
Health Service Corps; UNKNOWN ICE OFFICIALS ##1-X, in their
individual capacities and official capacities as U.S. Immigration and
Customs Enforcement Health Service Corps employees; UNKNOWN
ICE OFFICIALS ##1-X, in their individual and official capacities;
IRWIN COUNTY DETENTION CENTER; LASALLE
SOUTHEAST, LLC; HOSPITAL AUTHORITY OF IRWIN
COUNTY; DAVID PAULK, in his individual capacity and official
capacity as Warden of Irwin County Detention Center;
MAHENDRA AMIN, in his individual capacity and official capacity
as physician at the Irwin County Hospital; MARTEKA GEORGE, in
her individual capacity and official capacity as Inmates' Services
Director at ICDC; MIA MINES, in her individual capacity and
official capacity as ICDC officer; WILLIAM RABIOU, in his
individual capacity and official capacity as ICDC officer; "FNU"
HUGHES, in her individual capacity and official capacity as ICDC
officer; "FNU" SMITH, in her individual capacity and official
CONEY, in her individual capacity and official capacity as ICDC
officer; "FNU" HANES, in his individual capacity and official
capacity as ICDC officer; "FNU" FAISON, in her individual capacity
and official capacity as ICDC officer; "FNU" BATTLE, in her
individual capacity and official capacity as ICDC officer; "FNU"
VAUGHN, in her individual capacity and official capacity as ICDC
officer; "FNU" SCOTT, in her individual capacity and official
capacity as ICDC officer; "FNU" SLACK, in her individual capacity
and official capacity as ICDC officer; UNKNOWN ICDC
OFFICERS ##1-X, in their individual and official capacities         DEFENDANTS

### STIPULATION OF EXTENSION OF RESPONSE DEADLINE

COMES NOW the Defendants, IRWIN COUNTY DETENTION CENTER ("ICDC"), LASALLE SOUTHEAST, LLC ("LaSalle") and WARDEN DAVID PAULK ("Warden Paulk") (collectively, the "Defendants"), and files this, its *Stipulation of Extension of Response Deadline*, and respectively request a 7-day extension of their deadline to respond to Plaintiff's First Amended Complaint for Damages [Doc. 31] (the "Amended Complaint").

1. Plaintiff filed this lawsuit on July 28, 2022, and the Defendants waived service on August 30, 2022 [Docs. 5, 6 & 7]. Accordingly, the Defendants' response deadline was October 17, 2022.

2. Plaintiff then filed the Amended Complaint on October 13, 2022 [Doc. 31]. Accordingly, Defendants' responses to the Amended Complaint are now due October 27, 2022. *See* Fed. R. Civ. P. 15(a)(3).

3. Defendants have conferred with counsel for Plaintiff, and Plaintiff has agreed to a 7-day extension of the Defendants' deadline to file responsive pleadings to the Amended Complaint, resulting in an extension of the deadline through and including November 3, 2022.

4. Accordingly, pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Middle District of Georgia, Defendants and Plaintiff hereby stipulate that Defendants' deadline to file responsive pleadings to the Amended Complaint shall be extended by a period of seven (7) days, through and including November 3, 2022.

THIS the 27th day of October, 2022.

Respectfully submitted,

**IRWIN COUNTY DETENTION CENTER, LASALLE SOUTHEAST, LLC and WARDEN DAVID PAULK**

By: *s/ John T. Rouse*
John T. Rouse
One of Their Attorneys

**OF COUNSEL:**

John T. Rouse (GA Bar No. 868514)
McGlinchey Stafford, PLLC
1020 Highland Colony Pkwy, Ste. 702
Ridgeland, Mississippi 39157
Phone: (769) 524-2329
Fax: (601) 608-7871
Email: jrouse@mcglinchey.com
*Counsel for Defendants ICDC, LaSalle and Paulk*

**WITH PERMISSION BY:**

Keith L. Lindsay (GA Bar No. 452995)
Edmond & Lindsay, LLP
344 Woodward Avenue, SE
Atlanta, Georgia 30312
Phone: (404) 525-1080
Fax: (404) 525-1073
Email: klindsay@edmondfirm.com
*Counsel for Plaintiff*

SO ORDERED this 31st day of October, 2022

W. Louis Sands, Sr. Judge
United States District Court

3

## CERTIFICATE OF SERVICE

I, the undersigned John T. Rouse, McGlinchey Stafford, PLLC, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Austin Atkinson | aatkinson@hallboothsmith.com; agilmore@hallboothsmith.com |
| Brittany Cambre | bcambre@cglawfirm.com, fdorfman@cglawfirm.com |
| David N. Dreyer | david@dreyersterling.com; kendra@dreyersterling.com |
| Gregory T. Talley | greg.talley@colemantalley.com; brandy.stone@colemantalley.com; renalda.bush@colemantalley.com; sheryl.gaskins@colemantalley.com |
| Kayla Barnes | kayla.barnes@colemantalley.com |
| Keith L. Lindsay | klindsay@edmondfirm.com; bdudley@edmondfirm.com; smccook@edmondfirm.com |
| Scott R. Grubman | sgrubman@cglawfirm.com; idw@cclblaw.com; sgordon@cclblaw.com |
| Thomas J. Mazziotti | tmazziotti@hallboothsmith.com; kmasterson@hallboothsmith.com; spolk@hallboothsmith.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

NONE

THIS, the 27th day of October, 2022.

                                            *s/ John T. Rouse*
                                            JOHN T. ROUSE

21137595.1