**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

YARIDIA JAMARILLO-ROCHA,            :
                                                          :
          Plaintiff,                              :
                                                          :
v.                                                        :          CASE NO:  7:22-CV-75 (WLS)
                                                          :
FRANCISCO MADRIGAL, et al.,            :
                                                          :
          Defendants.                           :
_____      :

## ORDER

Before the Court is the Consent Motion to Extend Response Deadline ("Motion") (Doc. 32).  The Motion is filed on behalf of Defendant Mahendra Amin ("Amin").  After Amin filed a motion to dismiss (Doc. 22), the Plaintiff filed her First Amended Complaint (Doc. 31) ("Amended Complaint").  The Amended Complaint was filed October 13, 2022, and Amin's response thereto was due October 27, 2022.  He requests a 14-day extension of time to respond to the Amended Complaint, or until November 10, 2022.  However, on October 27, 2022, Amin filed a response to the Amended Complaint in the form of a motion to dismiss (Doc. 36) Plaintiff's Amended Complaint.

Based on the foregoing, and Amin having filed a response to the Amended Complaint, the Motion (Doc. 32) is **DENIED** as **MOOT**, without prejudice.

**SO ORDERED**, this 1st day of November 2022.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1