**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

YURIDIA JAMARILLO-ROCHA,       :
                                     :

      Plaintiff,                :
                                     :

v.                                :        CASE NO:  7:22-CV-75 (WLS)
                                     :

FRANCISCO MADRIGAL, et al.,      :
                                     :

      Defendants.            :
_____  :

## ORDER

Before the Court is the Joint Motion to Continue Initial Case Deadlines ("Joint Motion") (Doc. 43).  The Joint Motion is filed on behalf of Plaintiff Yuridia Jamarillo-Rocha, and Defendants Irwin County Detention Center ("ICDC"), LaSalle Southeast, LLC ("LaSalle"), and Warden David Paulk ("Paulk").  The Plaintiff, ICDC, LaSalle, and Paulk are referred to collectively as the "Parties."  The Parties request the Court stay discovery pending decision on the dispositive motions filed by the ICDC and LaSalle (Doc. 40) and Amin (Doc. 41).  As the Parties consent hereto, and for good cause shown, the Joint Motion (Doc. 43) is **GRANTED**.

It is hereby **ORDERED** that this action is **STAYED** as to discovery between the Plaintiff and Defendants ICDC, LaSalle, and Paulk pending the Court's ruling on the dispositive motions (Docs. 40 and 41).  Except as previously ordered, the Court's Initial Discovery Order (Doc. 26) shall remain in effect as to all other defendants in this action and as to discovery between the Plaintiff and all other defendants.[1]

**SO ORDERED**, this 8th day of November 2022.

                          **/s/ W. Louis Sands**
                          **W. LOUIS SANDS, SR. JUDGE**
                          **UNITED STATES DISTRICT COURT**

---

[1] This Order does not affect the Court's Order (Doc. 30) entered October 11, 2022, staying discovery as to Defendants Hospital of Irwin County and Mahendra Amin.