IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YURIDIA JAMARILLO-ROCHA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: 7:22-CV-75 (WLS) |
| : | |
| FRANCISCO MADRIGAL, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

**ORDER**

Pursuant to the Court's Initial Discovery Order (Doc. 26) ("Order") entered September 29, 2022, an Initial Scheduling/Discovery Conference was scheduled in this case for Tuesday, November 22, 2022, at 3:30 p.m.  A Notice of Cancellation of the conference was docketed on November 21, 2022.

On review of the record in this case, there appears to be confusion as to which Parties have requested and received a stay of discovery pending resolution of dispositive motions filed in this case.  For purposes of clarification, this action has been stayed only as to discovery between the Plaintiff and Defendants Hospital of Irwin County, Mahendra Amin, Irwin County Detention Center, LaSalle Southeast, LLC, and Warden David Paulk.  (*See* Docs. 30, 44.)

The Court notes that Summonses were issued on U.S. Immigration & Customs Enforcement and multiple Government officials sued in their official capacities on September 22, 2022.  Answers by those parties are due by November 21, 2022.

Thomas P. Giles was sued only in his individual capacity and a Summons was issued on September 22, 2022.  Mr. Giles has not filed an answer or otherwise pled by the deadline of October 13, 2022.  Nor has a motion for extension been filed on his behalf.

On November 1, 2022, Anna L. Dichter, counsel in the Civil Division of the Office of Immigration Litigation, entered her appearance as counsel for "Federal Defendants sued in

1

their official capacity." Ms. Dichter needs to clarify by name each Federal Defendant she represents.

Finally, Summonses have not been issued on multiple "FNU" named parties sued individually and in their official capacities as Officers of the Irwin County Detention Center.

Based on the foregoing, and for purposes of clarifying the record and status of Defendants, the Court ORDERS:

1. This action is **STAYED** as to discovery **ONLY** between the Plaintiff and Defendants Hospital of Irwin County, Mahendra Amin, Irwin County Detention Center, LaSalle Southeast, LLC, and Warden David Paulk. Except as previously ordered, the Court's Initial Discovery Order (Doc. 26) shall remain in effect as to all other Defendants in this action and as to discovery between the Plaintiff and all other Defendants.

2. Any Defendants desiring to stay discovery as to themselves may file the appropriate motion.

3. Upon the filing of the answers or responsive pleadings by Defendants on whom Summonses have been issued, the Court will provide notice of the rescheduled Initial Scheduling/Discovery Conference.

4. Anna L. Dichter shall file an amended Appearance of Counsel naming each Defendant whom she represents.

**SO ORDERED**, this 21st day of November 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**