IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YURIDIA JAMARILLO-ROCHA,           :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :        CASE NO:  7:22-CV-75 (WLS)
                                   :
FRANCISCO MADRIGAL, et al.,        :
                                   :
        Defendants.                :
_____    :

## ORDER

Before the Court is the First Motion for Extension of Time to Respond to Amended Complaint and to Stay Discovery ("Motion") (Doc. 50).  The Motion is filed on behalf of the following Federal Defendants sued in their official capacities:  U.S. Immigration and Customs Enforcement ("ICE"); Tae Johnson in his official capacity as Director of ICE; Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; Patrick Musante in his official capacity as Chief of Staff of the Atlanta Field Office of ICE; Cesar Ciprian in his official capacity as Supervisory Detention and Deportation Officer; Merrick Garland, in his official capacity as Attorney General of the United States; and Ada Rivera in her official capacity as the Medical Director of ICE Health Service Corps. (collectively the "Federal Defendants").

Counsel states that both the U.S. Attorney's Office for the Middle District of Georgia and the U.S. Attorney's Office for the Southern District of Georgia were conflicted out of representing the Federal Defendants in this case. (Doc. 50 ¶ 6.)  It was not until October 28, 2022, that the Northern District of Florida received its official delegation and approval to represent the United States in the above-captioned proceeding. (*Id.* ¶ 7.)  In addition, Counsel has not yet been authorized to represent any of the Defendants sued in their individual capacities.  However, she requests that the extensions requested be applied to all Defendants that may be represented by the Department of Justice. (*Id.* at 1, n.2.)  Upon review of the record, the Court identifies the following individuals as United States employees or officers

1

sued in their individual capacity: Cesar Ciprian, Ada Rivera, and Thomas P. Giles (collectively, the "Individual Federal Defendants").

Although Summonses were issued as to all Federal Defendants and Individual Federal Defendants on September 22, 2022, Counsel states she believes that U.S. Immigration and Customs Enforcement was not served until October 4, 2022, and its answer or other responsive pleading is due December 5, 2022. Counsel advised the Court that it is not clear that all Federal Defendants have been served at this time.[1] (*Id.* n.1.) The Federal Defendants request the Court grant them an extension of time up to and including December 21, 2022, to file a response to the Amended Complaint (Doc. 31) or seek additional time to respond. The Federal Defendants also request a thirty-day stay of the Court's Initial Discovery Order (Doc. 26). Counsel represents that the Motion is filed with the consent of Plaintiff and Defendants Irwin County Detention Center, LaSalle Southeast LLC, Hospital Authority of Irwin County, David Paulk, and Mahendra Amin, M.D.—these Defendants being the only ones for whom an answer or responsive pleading has been filed to date.

Based on the foregoing, and for good cause shown, the Motion (Doc. 50) is **GRANTED**.

It is hereby **ORDERED** that any Federal Defendant or Individual Federal Defendant for whom an answer or responsive pleading is due prior to December 21, 2022, shall have up to and including December 21, 2022, to file such answer or responsive pleading.

It is further **ORDERED** that Counsel shall verify for the Court that Cesar Ciprian, Ada Rivera, and Thomas P. Giles, are the Defendants to whom she is referring that may be represented by the Department of Justice.

It is further **ORDERED** that this action is **STAYED** as to discovery between the Plaintiff and the Federal Defendants and Individual Federal Defendants until December 21, 2022, or as further ordered by the Court. Except as modified by Orders previously entered (Docs. 30, 44 & 48), the Court's Initial Discovery Order (Doc. 26) shall remain in effect as to

---

[1] The Court agrees with Counsel that the answer or other responsive pleading deadline for the Federal Defendants is sixty days from service of the Summons.

all other served Defendants in this action who have not moved for a stay as to discovery between the Plaintiff and all other such Defendants.

    **SO ORDERED**, this 22nd day of November 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
