IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YURIDIA JAMARILLO-ROCHA, :<br>:<br>    Plaintiffs, :<br>:<br>v. :<br>:<br>FRANCISCO MADRIGAL, *et al.*, :<br>:<br>    Defendants. :<br>_____ : | CASE NO: 7:22-cv-75 (WLS) |

**ORDER**

On July 28, 2022, Plaintiffs filed her Complaint for Damages (Doc. 1). The docket reflects that Summonses were issued on September 22, 2022, on the following named Defendants; however, Plaintiff has not filed or provided the Court with indication that service of process has been properly executed on those Defendants or that a waiver of service was obtained:

Marteka George, individually and as Inmates' Services Director at Irwin County Detention Center ("ICDC"); Mia Mines, individually and as an ICDC officer; William Rabiou, individually and as an ICDC officer; U.S. Immigration and Customs Enforcement ("ICE"); Tae Johnson as Director of ICE; Alejandro Mayorkas as Secretary of Homeland Security; Francisco Madrigal as Acting Director of the Atlanta Field Office of Ice; Patrick Musante individually and as Chief of Staff of the Atlanta Field Office of ICE; Cesar Ciprian, individually and as Supervisory Detention and Deportation Officer; Merrick Garland as Attorney General of the United States; and Ada Rivera individually and as the Medical Director of ICE Health Service Corps., and Thomas P. Giles, individually.

In addition, the docket does not reflect that Summonses were issued as to any of the following Defendants:

"FNU" Hughes, individually as an ICDC officer; "FNU" Smith, individually as an ICDC officer; "FNU" Coney, individually as an ICDC officer; "FNU" Hanes, individually as an ICDC officer; "FNU" Faison, individually as an ICDC officer; "FNU" Battle, individually as an ICDC officer; "FNU" Vaughn, individually as an ICDC officer; "FNU" Scott, individually as an ICDC officer; "FNU" Slack, individually as an ICDC officer; Unknown ICDC Officers ##1-X, individually and in their official capacities; Unknown ICE Officials ##1-X,

1

individually and in their official capacities; and Unknown ICE Officials ##1-X, individually and as ICE Health Services Corps employees.

All the above-named Defendants, whether Summons has been issued or not, are referred to collectively as "Unserved Defendants." Federal Rule of Civil Procedure 4(m) provides that

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The time for service has lapsed, and Plaintiff has not provided the Court with any indication that service of process has been properly executed or waived upon the Unserved Defendants in this action. Due to the numerous Defendants named in this case, it is important that the record clearly reflect the status of service as to all Defendants.

Accordingly, the Court **ORDERS** Plaintiff to filed evidence of returned Summonses executed or waived and/or show cause no later than **Friday, December 30, 2022**, why the Complaint for Damages should not be dismissed for failure to serve any Unserved Defendant. Plaintiff is hereby noticed that failure to respond to or comply to this Order will subject this case to dismissal as to any Unserved Defendant without prejudice, without further notice or proceeding.

**SO ORDERED**, this 20th day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**