**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

YURIDIA JAMARILLO-ROCHA,       :
                                :
       Plaintiff,            :
                                :
v.                               :       CASE NO:  7:22-CV-75 (WLS)
                                :
FRANCISCO MADRIGAL, et al.,    :
                                :
       Defendants.     :
_____ :

## ORDER

Before the Court is the Second Motion for Extension of Time to Respond to Amended Complaint and to Stay Discovery ("Motion") (Doc. 61).  The Motion is filed on behalf of the following Federal Defendants sued in their official capacities:  U.S. Immigration and Customs Enforcement ("ICE"); Tae Johnson in his official capacity as Director of ICE; Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; Francisco Madrigal as Acting Director of the Atlanta Field Office of Ice; Patrick Musante in his official capacity as Chief of Staff of the Atlanta Field Office of ICE; Cesar Ciprian in his official capacity as Supervisory Detention and Deportation Officer; Merrick Garland, in his official capacity as Attorney General of the United States; and Ada Rivera in her official capacity as the Medical Director of ICE Health Service Corps. (collectively the "Federal Defendants").

Counsel has not yet been authorized to represent any of the Federal Defendants sued in their individual capacities.  However, she requests that the extensions requested be applied to all Federal Defendants that may be represented by the Department of Justice.  (*Id.* at 1, n.2.)  Those individuals has been previously identified by counsel as:  Cesar Ciprian, Patrick Musante, Ada Rivera, and Thomas P. Giles (collectively, the "Individual Federal Defendants").  (*See* Doc. 52.)

Counsel represents that the Motion is filed with the consent of Plaintiff and Defendants Irwin County Detention Center, LaSalle Southeast LLC, Hospital Authority of

1

Irwin County, David Paulk, and Mahendra Amin, M.D.—these Defendants being the only ones for whom an answer or responsive pleading has been filed to date.

Based on the foregoing, and for good cause shown, the Motion (Doc. 61) is **GRANTED**.

It is hereby **ORDERED** that any Federal Defendant or Individual Federal Defendant for whom an answer or responsive pleading is due prior to January 20, 2023,[1] shall have up to and including January 20, 2023, to file such answer or responsive pleading.

It is further **ORDERED** that this action is **STAYED** as to discovery between the Plaintiff and the Federal Defendants and Individual Federal Defendants until January 20, 2023, or as further ordered by the Court. Except as modified by Orders previously entered (Docs. 30, 44, 48, & 51), the Court's Initial Discovery Order (Doc. 26) shall remain in effect as to all other served Defendants in this action who have not moved for a stay as to discovery between the Plaintiff and all other such Defendants.

**SO ORDERED**, this 20th day of December 2022.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Summonses were issued as to all Federal Defendants and Individual Federal Defendants on September 22, 2022. However, the Plaintiff has not filed a return of summons executed as to any of those Defendants. Nor has she shown return of summons executed as to multiple other Defendants. This case was filed July 28, 2022. By separate order, the Plaintiff shall be required to show service of summons and/or waivers of service as to all Defendants.