**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

YURIDIA JAMARILLO-ROCHA,       :

                           :

       Plaintiff,             :

                           :

v.                           :        CASE NO:  7:22-CV-75 (WLS)

                           :

FRANCISCO MADRIGAL, et al.,     :

                           :

       Defendants.        :

_____ :

**ORDER**

Before the Court is the Third Motion for Extension of Time to Respond to Amended Complaint and to Stay Discovery ("Motion") (Doc. 68).  The Motion is filed on behalf of the Federal Defendants sued in their official capacities.[1]  Counsel has not yet been authorized to represent any of the Federal Defendants sued in their individual capacities.  However, she requests that the extensions requested be applied to all Federal Defendants that may be represented by the Department of Justice.  (*Id.* at 1 n.1.)  Those individuals have been previously identified by counsel as:  Cesar Ciprian, Patrick Musante, Ada Rivera, and Thomas P. Giles (collectively, the "Individual Federal Defendants").  (*See* Doc. 52.)

Counsel states that the "Plaintiff and Federal Defendants need additional time to continue discussing possible paths forward that will potentially affect the responses in this case as well as the related case before this Court, *Oldaker v. Giles*, Case No. 7:20-cv-00224-WLS-MSH." (Doc. 68 at 2-3.)  Counsel represents that the Motion is filed with the consent of Plaintiff and Defendants Irwin County Detention Center, LaSalle Southeast LLC, Hospital Authority of Irwin County, David Paulk, and Mahendra Amin, M.D.—these Defendants being the only ones for whom an answer or responsive pleading has been filed to date.

---

[1] Previously identified by counsel as:  U.S. Immigration and Customs Enforcement ("ICE"); Tae Johnson in his official capacity as Director of ICE; Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; Francisco Madrigal as Acting Director of the Atlanta Field Office of Ice; Patrick Musante in his official capacity as Chief of Staff of the Atlanta Field Office of ICE; Cesar Ciprian in his official capacity as Supervisory Detention and Deportation Officer; Merrick Garland, in his official capacity as Attorney General of the United States; and Ada Rivera in her official capacity as the Medical Director of ICE Health Service Corps.

1

Based on the foregoing, and for good cause shown, the Motion (Doc. 68) is **GRANTED**.

It is hereby **ORDERED** that any Federal Defendant or Individual Federal Defendant for whom an answer or responsive pleading is due prior to February 18, 2023,[2] shall have up to and including February 18, 2023, to file such answer or responsive pleading.

It is further **ORDERED** that this action is **STAYED** as to discovery between the Plaintiff and the Federal Defendants and Individual Federal Defendants until February 18, 2023, or as further ordered by the Court.  Except as modified by Orders previously entered (Docs. 30, 44, 48, 51, & 63), the Court's Initial Discovery Order (Doc. 26) shall remain in effect as to all other served Defendants in this action who have not moved for a stay as to discovery between the Plaintiff and all other such Defendants.

**SO ORDERED**, this 24th day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] The Plaintiff filed her response (Doc. 64) to the Court's Order (Doc. 63) to file a return of summons executed as to the Federal Defendants and Individual Federal Defendants for whom summonses were issued on September 22, 2022.  This Court does not make any finding as to the sufficiency of such service in this Order.