**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

YURIDIA JAMARILLO-ROCHA,                    :
                                            :
    **Plaintiff,**                          :
                                            :
v.                                          :      **CASE NO:  7:22-CV-75 (WLS)**
                                            :
FRANCISCO MADRIGAL, et al.,                 :
                                            :
    **Defendants.**                         :
_____             :

## ORDER

Before the Court is Defendant Mahendra Amin's Motion to Extend (Doc. 81) ("Motion") in which Mahendra Amin ("Amin") indicates he expects to file a motion to dismiss in response to Plaintiff's Second Amended Complaint (Doc. 80) ("SAC"). Amin's answer or response is currently due March 29, 2023, and he requests an extension of fourteen days, or until April 15, 2023 in which to respond.[1] Amin's counsel represents that he discussed the extension with Plaintiff's counsel, and they do not object to the requested extension.

Based on the foregoing, and for good cause shown, the Motion (Doc. 81) is **GRANTED**. Amin shall have up to and including April 15, 2023, in which to file an answer or responsive pleading to the SAC.

**SO ORDERED**, this 17th day of March 2023.

          **/s/W. Louis Sands**
          **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Amin states the extension is requested because his counsel has five other briefs and oral argument in other matters that are due before the end of March 2023.

1