**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

YURIDIA JAMARILLO-ROCHA,      :
                                     :

        **Plaintiff,**           :

    v.                       :

**FRANCISCO MADRIGAL, et al.,**    :      **CASE NO:  7:22-CV-75 (WLS)**
                                     :

        **Defendants.**       :
_____

## ORDER

This matter is before the Court on the Joint Motion to Stay All Proceedings for 120 Days (Doc. 73) ("Motion") filed February 9, 2023, on behalf of Plaintiff Yuridia Jamarillo-Rocha and on behalf of the Federal Defendants.[1] The Plaintiff and Federal Defendants (collectively the "Movants") request the Court stay all proceedings in this matter for 120 days from their current response deadline of February 18, 2023, which is up to and including June 18, 2023. Alternatively, the Movants seek to stay all proceedings between themselves up to and including June 18, 2023.

Objections to a stay of all proceedings in the case were filed by Defendants Mahendra Amin ("Amin") (Doc. 75) and Irwin County Detention Center, LaSalle Southeast, LLC, and Warden David Paulk (together the "ICDC Defendants") (Doc. 77). The ICDC Defendants indicate that while they object to a stay of the entire matter, they do not object to the alternative proposed by the Movants to stay the matters between the Movants only. Defendants Amin and ICDC Defendants are referred to collectively as the "Opposing Defendants"). The

---

[1] The following are the Federal Defendants: U.S. Immigration and Customs Enforcement ("ICE"); Tae Johnson in his official capacity as Director of ICE; Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; Francisco Madrigal as Acting Director of the Atlanta Field Office of Ice; Patrick Musante in his official capacity as Chief of Staff of the Atlanta Field Office of ICE; Cesar Ciprian in his official capacity as Supervisory Detention and Deportation Officer; Merrick Garland, in his official capacity as Attorney General of the United States; and Ada Rivera in her official capacity as the Medical Director of ICE Health Service Corps.

Counsel for the Federal Defendants states that the Department of Justice has not yet been authorized to represent Federal Defendants sued in their individual capacities, Cesar Ciprian, Patrick Musante, Ada Rivera, and Thomas P. Giles (collectively, the "Individual Federal Defendants"). Without conceding adequacy of service made on any Individual Federal Defendant, counsel requests that the extensions requested be applied to all Federal Defendants that may be represented by the Department of Justice.

1

Federal Defendants filed a reply (Doc. 78) to the objections filed by Amin and the ICDC Defendants. Defendant Hospital Authority of Irwin County ("Hospital") did not file an objection to the Motion. However, the Movants represent that the Hospital also opposes a stay of the case as to all parties. (Doc. 73 ¶ 12.)

The Movants request the stay of the case because Plaintiff is a witness and putative class member in the related case before this Court, *Oldaker v. Giles*, Case No. 7:20-cv-00224-WLS-MSH, which seeks substantially the same relief as Plaintiff seeks here, against the same defendants and based on the same set of operative facts. The Movants assert that judicial resources are best served by staying all proceedings in this case to allow proceedings in *Oldaker* to further develop. The Movants also indicate that they may seek an additional stay prior to the expiration of this proposed 120-day stay.

The Opposing Defendants objected to a stay because they filed motions to dismiss the Plaintiff's First Amended Complaint (Doc. 31) ("FAC") which were ripe for decision, whereas, the Federal Defendants, after receiving multiple extensions, had not responded to the FAC. The Court notes (1) that the Plaintiff's Second Amended Complaint (Doc. 80) ("SAC") was filed on March 8, 2023; and, except for the Federal Defendants, all Defendants have filed motions to dismiss the SAC which are now ripe for decision; and (2) more than 120 days has passed and the Motion is now moot.

Based on the foregoing, **IT IS HEREBY ORDERED**, that:

1.      The Motion (Doc. 73) is **DENIED as MOOT.**

2.      Any Federal Defendant or Individual Federal Defendant for whom an answer or responsive pleading to the SAC is due and not filed, shall have up to and including Friday, September 15, 2023, to file such answer or responsive pleading.

3.      Except to prevent manifest injustice, no additional stays or extensions of time to answer or otherwise respond to the complaint in this matter shall be granted to the Federal Defendants or Individual Federal Defendants for whom an answer or responsive pleading is due.

**SO ORDERED**, this 22nd day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2