IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YURIDIA JAMARILLO-ROCHA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: 7:22-cv-75 (WLS) |
| : | |
| FRANCISCO MADRIGAL, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

Pending before the Court are motions to dismiss (Docs. 20, 22, 34, 36, 40 & 41) filed by the Defendants. Because an amended complaint (Doc. 31) and second amended complaint (Doc. 80) have been filed, the Court **DENIES AS MOOT** the motions to dismiss (Docs. 20, 22, 34, 36, 40 & 41).[1]

**SO ORDERED**, this 12th day of September 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Defendants' current motions to dismiss the second amended complaint (Docs. 83, 84, 85, and 86) remain under advisement.