IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YURIDIA JAMARILLO-ROCHA,           :
                                   :
          Plaintiff,               :
                                   :
     v.                            :
                                   :       CASE NO:  7:22-CV-75 (WLS)
FRANCISCO MADRIGAL, et al.,        :
                                   :
          Defendants.              :
                                   :
_____

## ORDER

Before the Court is Plaintiff's Motion to Correct Misnomer and to Substitute Yuridia Rocha Jamarillo for Yuridia Jamarillo-Rocha as Real Party in Interest Pursuant to Rule 17(a)(3)[1] (Doc. 111) ("Motion") filed November 2, 2023. Plaintiff moves to correct her name stating that the real party in interest is Yuridia Rocha Jamarillo and the error in misidentifying her was due to a scrivener's error on the part of her counsel. No objections were filed to the Motion. The Court finds the Motion is well-taken.

Accordingly, the Motion (Doc. 111) is GRANTED. The Clerk of Court is DIRECTED to correct the case caption and the docket to reflect Plaintiff as "Yuridia Rocha Jamarillo".

**SO ORDERED**, this 20th day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 17(a)(3) provides:

**Joinder of the Real Party in Interest**. The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

1