IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YURIDIA ROCHA-JAMARILLO, | : |
| Plaintiff, | : |
| v. | :     CASE NO: 7:22-CV-75 (WLS) |
| FRANCISCO MADRIGAL, *et al.* | : |
| Defendants. | : |

**ORDER**

On October 10, 2022, the Court issued an Order (Doc. 30) staying discovery in the above-captioned action pending the resolution of Defendants' motions to dismiss (Docs. 83, 84, 85, 86 & 100). The Court issued an Order (Doc. 30) ruling on those motions on March 26, 2024. As a result, the Court hereby **LIFTS** the stay on discovery in the above-captioned case. Defendant United States of America ("United States") must submit a responsive pleading no later than **Thursday, May 23, 2024**. Thereafter, the court will notice a Rule 16/26 Scheduling and Discovery Conference by separate Order

**SO ORDERED**, this 1st day of May 2024.

                                     /s/ W. Louis Sands
                                     **W. LOUIS SANDS, SR. JUDGE**
                                     **UNITED STATES DISTRICT COURT**