IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YURIDIA ROCHA-JAMARILLO,                 :
                                         :
        Plaintiff,                       :
                                         :
   v.                                    :      CASE NO: 7:22-CV-75 (WLS)
                                         :
FRANCISCO MADRIGAL, *et al.*             :
                                         :
        Defendants.                      :
                                         :
_____

## ORDER

Before the Court is Defendant United States of America's ("United States") Consent Motion for Extension of Time to Answer Second Amended Complaint ("the Motion") (Doc. 117). Therein, the United States asks the Court to extend the deadline for it to answer the Second Amended Complaint ("SAC") (Doc. 80) contending that it needs additional time to respond to the lengthy complaint and to negotiate with Plaintiff regarding disclosures of protected information.

For good cause shown, the Motion (Doc. 117) is **GRANTED**. The deadline for the United States to submit a responsive pleading is **EXTENDED** such that the pleading is due no later than **June 7, 2024**, or as otherwise ordered by the Court

**SO ORDERED**, this 29th day of May 2024.

                              /s/ W. Louis Sands
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**

1