IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YURIDIA ROCHA-JAMARILLO, :
 :
  Plaintiff, :
 :
  v. : CASE NO: 7:22-CV-75 (WLS)
 :
FRANCISCO MADRIGAL, *et al.* :
 :
  Defendants. :
 :
_____

## ORDER

Before the Court is Defendant United States of America's ("Defendant") Second Consent Motion for Extension of Time to Answer Second Amended Complaint ("the Motion") (Doc. 119). Therein, Defendant asks for a third extension of time to answer Plaintiff's Second Amended Complaint (Doc. 80) to address privacy concerns in drafting a responsive pleading.

For good cause shown, Defendant's Motion (Doc. 119) is **GRANTED.** The deadline to submit a responsive pleading is **EXTENDED** such that the pleading is due no later than **Monday, June 17, 2024.** The Parties are noticed that no further extensions will be granted except to prevent manifest injustice upon timely written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

**SO ORDERED**, this 10th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1