**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

YURIDIA ROCHA JAMARILLO,  :
                             :
        Plaintiff,  :
                             :
    VS.  :
                             :     **7 : 22-CV-75 (WLS)**
UNITED STATES OF AMERICA,  :
                             :
                             :
        Defendant.  :

## ORDER

Counsel for Plaintiff and counsel for Defendant are hereby **ORDERED and DIRECTED** to identify lead counsel for Plaintiff and Defendant for purposes of a possible mediation. The identified lead counsel must be counsel of record for the party, i.e., must be properly recorded on the Court's docket as counsel for that party. Counsel must include contact information for lead counsel in its response to this Order. Counsel must respond to this Order **by September 16, 2024**.

**SO ORDERED**, this 12th day of September, 2024.

s/ *Thomas Q. Langstaff*
**UNITED STATES MAGISTRATE JUDGE**