IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YURIDIA ROCHA-JAMARILLO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO: 7:22-CV-75 (WLS) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **ORDER**

Before the Court is Defendant's Unopposed Motion for One-Week Extension to Tender Proposed Protective Order ("the Motion') (Doc. 130). Therein, Defendant asks for an extension of time for the Parties to file a proposed protective order, as ordered in the Scheduling and Discovery Order (Doc. 383), contending that the extension is warranted due to the potential disruption caused by Hurricane Helene. For good cause shown, the Motion (Doc. 390) is **GRANTED** the deadline for the Parties to file a proposed protective order is **EXTENDED** such that the proposed order is due no later than **Monday, October 7, 2024**.

**SO ORDERED**, this 30th day of September 2024.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**