IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YURIDIA ROCHA JAMARILLO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | 7 : 22-CV-75 (WLS) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

On September 30, 2024, the undersigned issued an Order for Mediation, setting this case for mediation on October 29, 2024 (Doc. 132). In said Order, the parties were directed to submit a confidential settlement statement by e-mail to Alicia Brown before 5:00 p.m. on Tuesday, October 22, 2024. At the time of this Order, the undersigned has not received a confidential settlement statement from Plaintiff.

Accordingly, Plaintiff's counsel are **ORDERED** to e-mail Plaintiff's confidential settlement statement to Alicia Brown (Alicia_Brown@gamd.uscourts.gov) by no later than **5:00 p.m. today, October 23, 2024**. Otherwise, counsel for Plaintiff shall appear at **9:00 a.m. on Tuesday, October 29, 2024** in the courtroom of the United States Magistrate Judge at 201 W. Broad Avenue in Albany, Georgia, to show cause why they should not be held in contempt for failing to comply with the Court's September 30, 2024 Order.

**SO ORDERED,** this 23rd day of October, 2025.

s/ ***THOMAS Q. LANGSTAFF***
**UNITED STATES MAGISTRATE JUDGE**