IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YURIDIA ROCHA-JAMARILLO, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:22-CV-75 (WLS) |
| FRANCISCO MADRIGAL, *et al.* | : |
| Defendants. | : |

## **ORDER**

The Court has received notice from United States Magistrate Judge Thomas Q. Langstaff that the Parties have reached a settlement agreement in the case. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing no later than **Friday, January 3, 2025,** or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause.

**SO ORDERED**, this 4th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1