IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YURIDIA ROCHA-JAMARILLO, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO: 7:22-CV-75 (WLS) |
| FRANCISCO MADRIGAL, *et al.* | : | |
| Defendants. | : | |

## **ORDER**

The Court recently entered an order for the Parties to file the necessary dismissal document(s) in writing no later than **Friday, January 3, 2025,** or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause. This Order is to clarify that all pending deadlines in the case are **SUSPENDED** until **Friday, January 3, 2025**, or as otherwise ordered by the Court.

**SO ORDERED**, this 5th day of November 2024.

    **/s/ W. Louis Sands**
    **W. LOUIS SANDS, SR. JUDGE**
    **UNITED STATES DISTRICT COURT**

1