IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YURIDIA ROCHA-JAMARILLO,

  Plaintiff,

v.          CASE NO: 7:22-cv-75-WLS

UNITED STATES OF AMERICA

  Defendant.

## ORDER

By Order (Doc. 124) entered August 30, 2024, a telephonic status conference to discuss the second and third phases of discovery in this case was scheduled for Tuesday, January 28, 2025 at 3:30 p.m. Due to the settlement of this case, such conference is no longer necessary.

Accordingly, the status conference is **CANCELLED**.

**SO ORDERED**, this 8th day of November 2024.

          /s/ W. Louis Sands
          **W. LOUIS SANDS, SR. JUDGE**
          **UNITED STATES DISTRICT COURT**