IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YURIDIA ROCHA-JAMARILLO,                  :
                                          :
          Plaintiff,                      :
                                          :
     v.                                   :     CASE NO: 7:22-CV-0075 (WLS)
                                          :
FRANCISCO MADRIGAL, *et al.*              :
                                          :
          Defendants.                     :
_____          :

## ORDER

Before the Court is the Parties' Joint Motion for Extension of Time for Filing of Dismissal Document(s) (Doc. 143) ("the Motion"). Therein, the Parties request an extension to file dismissal document(s) in the case, as previously ordered, contending such an extension is warranted to finalize stipulation documents. For good cause shown, the Motion (Doc. 143) is **GRANTED**. The deadline for the Parties to submit dismissal document(s) is **EXTENDED** such that those documents shall be submitted no later than **Friday, January 31, 2025**, or as otherwise ordered by the Court.

**SO ORDERED**, this 7th day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1