# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| YURIDIA ROCHA JAMARILLO<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case Number:<br>7:22-CV-0075-WLS |

## ~~[PROPOSED]~~ ORDER OF DISMISSAL

Based on the Parties' Stipulated Motion to Dismiss, ECF No. 145, and good cause appearing,

**IT IS ORDERED** that this matter is dismissed with prejudice, with the Parties to bear their own attorneys' fees and costs incurred, and that Plaintiffs retain the right to reopen within 90 days to enforce the terms of the agreement. [handwritten: "with" inserted]

SO ORDERED, this 6th day of ~~January~~ February 2024.

_W. Louis Sands_
**W. LOUIS SANDS, SR., JUDGE**
**UNITED STATES DISTRICT COURT**